IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) | CASE NO. 1:23-cv-05512-CM |
| Plaintiff, | ) ) | Judge Colleen McMahon |
| v. | ) ) | [PROPOSED] ORDER |
| NICE-PAK PRODUCTS, INC. AND COSTCO WHOLESALE CORP., | ) ) ) | |
| Defendants/Counterclaimants. | ) ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2023

This matter is before the Court on Defendants Nice-Pak Products, Inc. and Costco Wholesale Corporation's Motion for Leave to Join Twin City Fire Insurance Company as Counterclaim Defendant. For good cause shown, pursuant to Rules 13(h) and 20 of the Federal Rules of Civil Procedure, the Court finds the motion is well-taken. The Court therefore **GRANTS** Defendants' Motion as set forth herein.

**IT IS HEREBY ORDERED** that Twin City Fire Insurance Company be joined as a party in the above-titled matter.

**IT IS SO ORDERED.**

Dated: 12/13/2023

_____
UNITED STATES DISTRICT JUDGE

4866-7435-6541, v.1