**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
FEDERAL INSURANCE COMPANY,                 :
                                           :
                Plaintiff,                 :       23-CV-5512 (CM) (OTW)
                                           :
                -against-                  :       ORDER
                                           :
NICE-PAK PRODUCTS, INC., et al.,           :
                                           :
                Defendants.                :
                                           :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court is in receipt of ECF 50 and 51.

Plaintiff's motion for a discovery conference (ECF 50) is **DENIED,** without prejudice to reapplication after complying with the following:

*The parties are directed to meet and confer regarding ongoing discovery disputes described in ECF 50. Plaintiff is directed to file a letter motion to compel, if any, in compliance with my Individual Practices by* **Tuesday, August 27, 2024.** *Defendant is directed to file their reply, if any, to Plaintiff's letter motion to compel by* **Friday, August 30, 2024.** *Defendant's failure to respond to Plaintiff's letter motion to compel may be construed as no objection.*

The Court has reviewed Plaintiff's motion to extend the discovery deadline (ECF 51), but it is not clear that such a motion is within the scope of reference because this case has been referred for discovery disputes only (*See* ECF 49). The parties are reminded that they may at any time consent to proceed before a United States Magistrate Judge and are encouraged to do

so. Parties who wish to consent may file by **August 30, 2024,** a letter or a completed AO-85 form, which is available at the following link:

https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

The Clerk of Court is respectfully directed to close ECF No. 50.

**SO ORDERED.**

Dated: August 23, 2024
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge