**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
FEDERAL INSURANCE COMPANY,                    :
                                              :
                Plaintiff,                    :        23-CV-5512 (CM) (OTW)
                                              :
        -against-                             :        ORDER
                                              :
NICE-PAK PRODUCTS, INC., et al.,              :
                                              :
                Defendants.                   :
                                              :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

The Court is in receipt of ECF 65.

The parties are directed to file a joint status letter by **Friday, October 25, 2024,** apprising the Court on the status of the *Kurtz* settlement and discovery.

The Clerk of Court is respectfully directed to close ECF 65.

**SO ORDERED.**

|  |  |
|---|---|
|  | _s/ Ona T. Wang_ |
| Dated: September 6, 2024 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |